**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

RONALD RABE                                                                                                    PLAINTIFF

V.                                          NO. 4:10CV00056 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                               DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED this 28th day of January, 2011.

_____
UNITED STATES MAGISTRATE JUDGE